# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 19, 2025

_____

## RESPONSE REQUESTED

_____

No. 25-1153,    CASA, Inc. v. Donald Trump
            8:25-cv-00201-DLB

TO:     CASA, Inc.
        Trinidad  Garcia
        Asylum Seeker Advocacy Project, Inc.
        Maribel
        Juana
        Liza
        Monica

RESPONSE DUE: 02/24/2025

Response is required to the motion for stay pending appeal on or before
02/24/2025.

Emily Borneisen, Deputy Clerk
804-916-2704