No. 25-1153

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CASA, INC., ET AL.,

                                                          *Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, ET AL.,

                                                          *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Maryland
No. 8:25-cv-00201-DLB

## UNOPPOSED MOTION BY STATE OF TENNESSEE
## FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
## SUPPORTING DEFENDANTS-APPELLANTS

Jonathan Skrmetti
  *Attorney General & Reporter*

J. Matthew Rice
  *Solicitor General*

Whitney D. Hermandorfer
  *Director of Strategic Litigation*

OFFICE OF THE TENNESSEE
ATTORNEY GENERAL & REPORTER
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov

# UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

The State of Tennessee moves for leave to file an amicus brief at the stay stage. It files this motion out of an abundance of caution, as States need not seek leave to file amicus briefs during either initial consideration of a case on the merits, *see* Fed. R. App. P. 29(a)(2), or during consideration of whether to grant rehearing, *see* Fed. R. App. P. 29(b)(2). But because the rules do not expressly address stay-stage amicus briefs, Tennessee respectfully seeks leave to file a brief at this stage. The parties do not oppose this motion.

Tennessee has an interest in ensuring that courts appropriately exercise their judicial power within the bounds of the law and separation-of-power principles. That interest is heightened here, where a sweeping preliminary injunction has thwarted the President's effort to address one aspect of a national immigration crisis that has harmed States. Recent years have seen an influx of illegal aliens—over 9 million—overwhelming the national infrastructure. U.S. Customs and Border Protection, *Nationwide Encounters* (Feb. 5, 2024), https://perma.cc/EDU3-98CP. And "many noncitizens proceed to interior States" after crossing the border illegally. *See* DHS, *Explanation of the Decision to Terminate the Migrant Protection*

1

*Protocols* 26 (Oct. 29, 2021), https://perma.cc/5DNE-B9AE. Tennessee thus faces significant economic, health, and public-safety issues from immigration policies that extend beyond what the Citizenship Clause requires.

Dated: February 19, 2025

Respectfully submitted,

Jonathan Skrmetti
  *Attorney General & Reporter*

<u>*/s/J. Matthew Rice*</u>
J. Matthew Rice
  *Solicitor General*

Whitney D. Hermandorfer
  *Director of Strategic Litigation*

OFFICE OF THE TENNESSEE ATTORNEY GENERAL & REPORTER
P.O. Box 20207
Nashville, TN 37202
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
(615) 741-3491

*Counsel for the State of Tennessee*

# CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume limitations because it contains 231 words.

I further certify that this motion complies with Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in Microsoft Word using fourteen-point Century Schoolbook font.

*/s/J. Matthew Rice*
J. Matthew Rice

# CERTIFICATE OF SERVICE

On February 19, 2025, I filed an electronic copy of this motion with the Clerk of the Fourth Circuit using the Court's electronic-filing system. That system sends a Notice of Docket Activity to all registered attorneys in this case.

*/s/J. Matthew Rice*
J. Matthew Rice