# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1153, CASA, Inc. v. Trump |
| **Originating No. & Caption** | 8:25-cv-201-DLB |
| **Originating Court/Agency** | D. Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 60 days under FRAP 4(a)(1)(B) | | |
| Date of entry of order or judgment appealed | 2/5/25 | | |
| Date notice of appeal or petition for review filed | 2/11/25 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ● No |
| If appeal is not from final judgment, why is order appealable?<br>Preliminary injunction | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ● No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◉ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs challenge President Trump's Executive Order addressing the meaning of the Citizenship Clause of the Fourteenth Amendment.  See Exec. Order No. 14,160, 90 Fed. Reg. 8449 (Jan. 29, 2025).<br><br>Plaintiffs are five individuals and two organizations.  The complaint alleged injuries to eleven specific members of the organizations and alleged that more unidentified members were injured.<br><br>The district court granted a preliminary nationwide injunction, covering both parties and nonparties. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
| --- |
| 1) Whether plaintiffs are likely to prevail on their claim that the Citizenship Clause or 8 U.S.C. 1401(a) guarantee citizenship to temporary visitors.<br><br>2) Whether plaintiffs are likely to prevail on their claim that the Citizenship Clause or 8 U.S.C. 1401(a) guarantee citizenship to aliens here illegally.<br><br>3) Whether the other factors for a preliminary injuction are satisfied.<br><br>4) Whether injunctive relief to nonparties was necessary to provide complete relief to the parties, and, if not, whether the district court can grant such relief.<br><br>5)  Whether a district court can grant injunctive relief for unidentified members of an organization who lack Article III standing. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
| --- | --- |
| Adverse Party:  See attached | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

<table>
<tr><th colspan="2">Appellant (Attach additional page if necessary.)</th></tr>
<tr><td>Name: See attached<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone:</td><td>Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone:</td></tr>
<tr><th colspan="2">Appellant (continued)</th></tr>
<tr><td>Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone:</td><td>Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone:</td></tr>
</table>

**Signature:** /s/ Derek Weiss **Date:** 3/3/25

**Counsel for:** Appellants Donald J. Trump et al.

<table>
<tr><th colspan="2">Certificate of Service (required for parties served outside CM/ECF): I certify that this document was served on ____________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:</th></tr>
<tr><td></td><td></td></tr>
<tr><td>Signature:</td><td>Date:</td></tr>
</table>

**Adverse Parties – Appellees**

CASA, INC.

ASYLUM SEEKER ADVOCACY PROJECT ("ASAP")

Five individuals for themselves and as next friend to their future children:

- MARIBEL, c/o CASA, Inc.,
- JUANA, c/o CASA, Inc.,
- TRINIDAD GARCIA, c/o ASAP
- MONICA, c/o ASAP
- LIZA, c/o Institute for Constitutional Advocacy and Protection

*Counsel:*

Nicholas Katz, Esq.
CASA, INC.
8151 15th Avenue
Hyattsville, MD 20783
(240) 491-5743
nkatz@wearecasa.org

Conchita Cruz
Zachary Manfredi
Dorothy Tegeler
Leidy Perez
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dorothy.tegeler@asylumadvocacy.org
leidy.perez@asylumadvocacy.org

William Powell
Mary B. McCord
Rupa Bhattacharyya
Joseph W. Mead
Alexandra Lichtenstein
Gregory Briker
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 661-6629
Fax: (202) 661-6730
whp25@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
jm3468@georgetown.edu
arl48@georgetown.edu
gb954@georgetown.edu

**Appellants**

DONALD J. TRUMP, *in his official capacity as President of the United States*

UNITED STATES OF AMERICA

The following federal officials, *in their official capacities*:

    SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE

    ATTORNEY GENERAL OF THE UNITED STATES

    SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY

    DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

    COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

<u>*Counsel:*</u>

| | | |
|---|---|---|
| Eric Dean McArthur | Eric.McArthur@usdoj.gov | (202) 557-0128 |
| Mark R. Freeman | Mark.Freeman2@usdoj.gov | (202) 514-5714 |
| Sharon Swingle | Sharon.Swingle@usdoj.gov | (202) 598-1121 |
| Brad Hinshelwood | Bradley.A.Hinshelwood@usdoj.gov | (202) 514-7823 |
| Derek Weiss | Derek.L.Weiss@usdoj.gov | (202) 616-5365 |

Mailing address:
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., NW
  Room 7325
  Washington, DC 20530