IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CASA, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-1153 |

**MOTION TO EXPEDITE ORAL ARGUMENT**

Defendants-appellants President Donald J. Trump, et al., respectfully move this Court to expedite oral argument in this case by scheduling it during the September 2025 sitting, the first scheduled sitting of the 2025-2026 Term. This case involves a nationwide preliminary injunction of the President's Executive Order addressing the meaning of the Citizenship Clause of the Fourteenth Amendment. *See* Exec. Order No. 14,160, 90 Fed. Reg. 8449 (Jan. 29, 2025). Given the importance of the Citizenship Clause issue and of nationwide injunctions covering nonparties, the government respectfully requests the Court set an argument date that would facilitate timely resolution of the case. Pursuant to Local Rule 27(a), plaintiffs

informed us they do not oppose this motion and do not plan to file a response.

1. On February 18, 2025, this Court issued a briefing order. Dkt. 3. The government's opening brief is due March 31, 2025. The plaintiffs' response brief is due April 30, 2025. And the government's reply brief is due within 21 days of the response brief, approximately May 21, 2025, under the current schedule. This motion does not request any modification to the briefing schedule.

The last oral argument sittings for the 2024-2025 Term will occur prior to the completion of briefing in this case.[1] The first publicly announced sitting for the 2025-2026 Term is September 9-12, 2025. The government respectfully requests that this case be set for argument during that sitting.

2. The issues involved in this case warrant timely resolution. The Executive Order is a major initiative of the newly elected President. A nationwide injunction against a President's Executive Order is an important matter that warrants timely resolution. *See, e.g.*, Dkt. 9 at 20-22.

---

[1] *See* https://www.ca4.uscourts.gov/oral-argument/oral-argument-calendar.

Because the defendants are appealing a preliminary injunction, expedited consideration is appropriate under 28 U.S.C. § 1657.

The government previously moved in this case, on February 19, 2025, for a partial stay of the injunction pending appeal. Dkt. 9. On February 28, 2025, a divided panel of this Court denied the motion for a partial stay. Dkt. 29. In his dissent, Judge Niemeyer explained that the district court "provided relief not only to the plaintiffs but also to everyone in the nation similarly situated." Dkt. 29 at 8 (Niemeyer, J., dissenting). As Judge Niemeyer noted, "the Supreme Court has demonstrated grave concern generally over district courts' issuing national injunctions." *Id.* at 9. Because the nationwide injunction extends relief beyond the parties to this case, timely resolution of this appeal is even more important.

3. For the foregoing reasons, the government respectfully requests this Court set oral argument in this case during the September sitting of the 2025-2026 Term.

Respectfully submitted,

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

*s/ Derek Weiss*
Derek Weiss
(202) 616-5365
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Room 7325*
  *Washington, DC 20530*

MARCH 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 445 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*
Derek Weiss

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Derek Weiss*
Derek Weiss