IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

CASA, INC., *et al.*,                          )
                                               )
                    Plaintiffs-Appellees,      )
                                               )
v.                                             )          No. 25-1153
                                               )
DONALD J. TRUMP, *et al.*                      )
                                               )
                    Defendants-Appellants.     )
_____   )

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***
**IN SUPPORT OF DEFENDANTS-APPELLANTS**
**AND REVERSAL**

*Amici Curiae* America's Future, Gun Owners of America, Gun Owners
Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund,
Leadership Institute, and Conservative Legal Defense and Education Fund hereby
move for leave to file a brief *amicus curiae* in support of the Defendants-
Appellants and Reversal. It is hereby stated as follows:

*Amici* obtained consent from the parties prior to the filing of their *amicus*
brief but inadvertently omitted notifying the Court of that consent in the first
footnote of their brief.

WHEREFORE, we respectfully request that this Court grant leave to file an
*amicus curiae* brief in support of Defendants-Appellants and Reversal.

Respectfully submitted,

_/s/ William J. Olson_____
William J. Olson
WILLIAM J. OLSON, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, VA  22180-5615
  (703) 356-5070
  (703) 356-5085 (fax)
  wjo@mindspring.com

Attorneys for *Amici Curiae*
America's Future, *et al*.
April 8, 2025

## **CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)**

IT IS HEREBY CERTIFIED:

1.      That the foregoing Motion for Leave to Brief as *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 104 words, excluding the parts of the brief exempted by Rule 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect version 21.0.0.194 in 14-point Times New Roman.

  /s/ William J. Olson
William J. Olson
Attorney for *Amici Curiae*
America's Future, *et al.*

Dated:  April 8, 2025

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to Brief as *Amici Curiae*, was made, this 8th day of April 2025, by the Court's Case Management/Electronic Case Files system upon the attorneys for the parties.

/s/ William J. Olson
William J. Olson
Attorney for *Amici Curiae*
America's Future, *et al.*
