No. 25-1153

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CASA, INC. et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Maryland, Case No. 8:25-cv-00201
Before the Honorable Deborah L. Boardman

**PLAINTIFFS-APPELLEES' MOTION FOR AN EXTENSION OF TIME
TO FILE THEIR RESPONSE BRIEF**

Nicholas Katz
CASA, INC.
8151 15th Avenue
Hyattsville, MD 20783

Conchita Cruz
Zachary Manfredi
Dorothy Tegeler
Leidy Perez
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003-1502

William Powell
Mary B. McCord
Rupa Bhattacharyya
Joseph W. Mead
Alexandra Lichtenstein
Gregory Briker
INSTITUTE FOR CONSTITUTIONAL
    ADVOCACY AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 661-6629
whp25@georgetown.edu

*Counsel for Plaintiffs-Appellees*

Appellees respectfully file this motion, under Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), for an extension of time of 30 days in which to file their response brief. The brief is currently due on April 30, 2025. If the Court grants Appellees' motion, the brief would be due on May 30, 2025.

This motion is supported by good cause based on the following:

1. This appeal was filed on February 11, 2025. Appellants filed their opening brief on March 31, 2025.

2. Appellants have filed an application for a stay of the district court's preliminary injunction in the Supreme Court of the United States. *See Trump v. CASA Inc.*, No. 24A884. The Supreme Court deferred consideration of the application pending oral argument, which is set for May 15, 2025. A 30-day extension of Appellees' briefing deadline in this Court is necessary to allow counsel to focus on preparation for that argument.

3. The extension is also necessary due to the press of other litigation deadlines faced by Appellees' counsel. Most significantly, Appellees' counsel are litigating an expedited preliminary-injunction appeal in an election-related matter in the Sixth Circuit, with a brief due May 7, 2025. *See Brown v. Yost*, No. 25-3179. A stay application is also pending before the Supreme Court of the United States in that case. *See Yost v. Brown*, No. 24A970.

4. Appellees have not previously sought any extensions of time for filing their response brief.

5. This Court previously granted Appellants' motion to expedite oral argument and scheduled argument for the Court's September 2025 sitting. Granting Appellees' extension motion should not affect the argument date. With the extension, briefing will conclude on June 20, 2025.

6. Appellants' counsel has conveyed that Appellants do not oppose this extension motion as long as it does not affect the September argument date.

Respectfully submitted this 21st day of April, 2025.

| | |
|---|---|
| Nicholas Katz, Esq.<br>CASA, INC.<br>8151 15th Avenue<br>Hyattsville, MD 20783<br>(240) 491-5743<br>nkatz@wearecasa.org<br><br>Conchita Cruz<br>Zachary Manfredi<br>Dorothy Tegeler<br>Leidy Perez<br>ASYLUM SEEKER ADVOCACY PROJECT<br>228 Park Ave. S., #84810<br>New York, NY 10003-1502<br>(646) 600-9910<br>conchita.cruz@asylumadvocacy.org<br>zachary.manfredi@asylumadvocacy.org<br>dorothy.tegeler@asylumadvocacy.org<br>leidy.perez@asylumadvocacy.org | /s/ William Powell<br>William Powell<br>Mary B. McCord<br>Rupa Bhattacharyya<br>Joseph W. Mead<br>Alexandra Lichtenstein<br>Gregory Briker<br>INSTITUTE FOR CONSTITUTIONAL<br>    ADVOCACY AND PROTECTION<br>GEORGETOWN LAW<br>600 New Jersey Ave. NW<br>Washington, D.C. 20001<br>Phone: (202) 661-6629<br>Fax: (202) 661-6730<br>whp25@georgetown.edu<br>mbm7@georgetown.edu<br>rb1796@georgetown.edu<br>jm3468@georgetown.edu<br>arl48@georgetown.edu<br>gb954@georgetown.edu<br><br>*Counsel for Plaintiffs-Appellees* |

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ William Powell
William Powell
Counsel for Plaintiffs-Appellees
