No. 25-1153

In The

# United States Court of Appeals
## for the Fourth Circuit

CASA, INC., ET AL.,

*Plaintiffs and Appellees,*

**v.**

DONALD J. TRUMP, ET AL.,

*Defendants and Appellants.*

On Appeal from the United States District Court for the District of Maryland
No. 8:25-cv-00201
Hon. Deborah L. Boardman

## MOTION FOR LEAVE TO FILE BRIEF BY PROFESSORS PAUL FINKELMAN, GABRIEL J. CHIN, AND ERIKA LEE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES

NEEL CHATTERJEE
ANDREW ONG*
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752 3100
NChatterjee@goodwinlaw.com
AOng@goodwinlaw.com

ISHIKA DESAI*
GOODWIN PROCTER LLP
525 Market Street, 32nd Floor
San Francisco, CA 94105
(415) 733 6000
IDesai@goodwinlaw.com

DENA KIA*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813 8800
DKia@goodwinlaw.com

*Counsel for Amici Curiae*

*Counsel of Record

**STATEMENT OF INTEREST**

Professors Paul Finkelman, Gabriel J. Chin, and Erika Lee and respectfully seek leave to file the attached brief as *amici curiae* in support of Plaintiffs-Appellees pursuant to Federal Rule of Appellate Procedure 29(a).

Professor Finkelman, Ph.D., is a Visiting Professor of Law at the University of Toledo College of Law and President William McKinley Distinguished Professor of Law and Public Policy, emeritus, Albany Law School. Professor Chin is the Edward L. Barrett Jr. Chair of Law, Martin Luther King Jr. Professor of Law, and Director of Clinical Legal Education at University of California, Davis School of Law. Professor Lee, Ph.D., is the Bae Family Professor of History, Radcliffe Alumnae Professor, and the Carl and Lily Pforzheimer Foundation Director Schlesinger Library on the History of Women in America at Harvard University.

As discussed in the proposed *amicus* brief, Professors Finkelman, Chin, and Lee are established legal scholars that specialize in immigration law, race and law, and American legal history. Each has published prominent scholarship on the legal framework underlying birthright citizenship and immigration law and policy, and are particularly interested in ensuring that the constitutionally protected right of birthright citizenship is upheld.

## DESIRABILITY AND RELEVANCE OF MATTERS ASSERTED

Proposed *amici curiae* respectfully submit that an *amicus* brief from Professors Finkelman, Chin, and Lee is both desirable and beneficial to this Court. Through the appeal before the Court, the government seeks to abrogate the spirit of the Supreme Court's precedential decision in *United States v. Wong Kim Ark*, which established Wong Kim Ark's citizenship in the United States as a Chinese-American man and affirmed the principle of birthright citizenship. Prior to the Supreme Court's landmark decision, Asian Americans had no pathway to naturalization in the United States. Even after *Wong Kim Ark*, their path to citizenship was severely delimited, and Asian Americans were systematically excluded from participation in the political community through discriminatory laws and policies targeted at Asian Americans. To date, birthright citizenship continues to be one of the most common pathways to citizenship for the millions of Asian Americans born and residing in the United States.

The proposed *amicus* brief brings a perspective on legal issues beyond those that are raised by Plaintiffs-Appellees; specifically, the disproportionate impact of President Donald J. Trump's January 20, 2025 Executive Order—"Protecting the Meaning and Value of American Citizenship"—on Asian Americans. As demonstrated in the proposed *amicus* brief, Asian Americans have been legally, economically, and socially excluded from participation in American society for

decades, and their right to seek citizenship has come about gradually. The Executive Order calls into question generations of citizenship granted to Asian Americans, and leaves the future status of the millions of Asian Americans born in this country uncertain. The proposed *amicus* brief provides the historical and legal framework establishing the constitutionality of birthright citizenship as it relates to Asian American citizenship in the United States.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to proposed *amici curiae* to file the accompanying *amicus* brief in support of Plaintiffs-Appellees.

Dated: June 4, 2025

Respectfully Submitted,

By: _/s/ Andrew Ong_
Neel Chatterjee
Andrew Ong*
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
(650) 752 3100
NChatterjee@goodwinlaw.com
AOng@goodwinlaw.com

Ishika Desai*
GOODWIN PROCTER LLP
525 Market Street, 32nd Floor
San Francisco, California 94105
(415) 733 6000
IDesai@goodwinlaw.com

Dena Kia*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813 8800
DKia@goodwinlaw.com

_Counsel for Amici Curiae_

*Counsel of Record

4

**CERTIFICATE OF SERVICE**

I certify that, on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew Ong*
Andrew Ong

5