IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CASA, INC., et al.,<br><br>　　　Plaintiffs-Appellees,<br><br>　　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　Defendants-Appellants. | No. 25-1153 |

**UNOPPOSED MOTION FOR A 17-DAY EXTENSION OF TIME
TO FILE REPLY BRIEF**

Pursuant to Fed. R. App. P. 26 & 27, defendants-appellants President Donald J. Trump, et al., respectfully move this Court to extend the deadline for the government's reply brief by 17 days, to July 7, 2025. The case is scheduled for oral argument in the September sitting. Dkt. 35. The plaintiffs-appellees do not oppose the motion.

1. This case involves a preliminary injunction of the President's Executive Order addressing the meaning of the Citizenship Clause of the Fourteenth Amendment. *See* Exec. Order No. 14,160, 90 Fed. Reg. 8449 (Jan. 29, 2025).

2. The government's reply brief is currently due June 20, 2025. On February 18, 2025, this Court issued a briefing order making the reply brief due 21 days after service of the response brief. Dkt. 3. The plaintiffs' response brief was originally due April 30, 2025. The Court granted a consent motion for a 30-day extension of the deadline for the plaintiffs' response brief. Dkt. 61. The response brief was filed on May 30, 2025.

3. The extension is warranted in light of government counsel's other pressing appellate matters.

Two of the undersigned were in Seattle, Washington this week for the June 4, 2025 oral argument in the related Ninth Circuit litigation, *Washington v. Trump*, No. 25-807 (9th Cir.).

Under the current schedule, the government would be filing three reply briefs (responding to four different briefs) in related litigation between June 11 and June 20. Three related First Circuit response briefs were filed within 9 days of the response brief here. *See Doe v. Trump*, No. 25-1169 (1st Cir.), *consolidated with New Jersey v. Trump*, No. 25-1170 (1st Cir.); *New Hampshire Indonesian Community Support v. Trump*, No. 25-1348 (1st Cir.). The government's two First Circuit reply briefs are due on June

11, 2025, and June 20, 2025. More than 20 amicus briefs have been filed this week between this appeal and the related First Circuit litigation.

Derek Weiss, the line attorney on these cases, will be on scheduled leave June 9 through June 13.

These pressing deadlines in related matters, in addition to the undersigned's responsibilities in unrelated matters warrant a modest extension.

4. The undersigned contacted counsel for appellees, who does not oppose the motion.

For the foregoing reasons, the Court should extend the deadline for filing the government's reply brief by 17 days, to and including July 7, 2025.

Respectfully submitted,

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

*s/ Derek Weiss*
Derek Weiss
(202) 616-5365
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Room 7230*
  *Washington, DC 20530*

JUNE 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 404 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*
Derek Weiss