FILED:  June 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1153
(8:25-cv-00201-DLB)

_____

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL,
Individually and as next friend to her future child, c/o CASA, Inc.; JUANA,
Individually and as next friend to her future child, c/o CASA, Inc.; TRINIDAD
GARCIA, Individually and as next friend to her future child, c/o Asylum Seeker
Advocacy Project; MONICA, Individually and as next friend to her future child,
c/o Asylum Seeker Advocacy Project; LIZA, Individually and as next friend to
her future child, c/o Institute for Constitutional Advocacy and Protection

          Plaintiffs - Appellees

v.

DONALD J. TRUMP, In his official capacity as President of the United States,
c/o Attorney General of the United States; SECRETARY OF THE UNITED
STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY
GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY
OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, In
their official capacity, c/o Office of the General Counsel; DIRECTOR OF
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, In their
official capacity, c/o Office of the Chief Counsel; COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION, In their official capacity, c/o Office
of the Chief Counsel; UNITED STATES OF AMERICA, c/o Attorney General of
the United States

          Defendants - Appellants

-------------------------------

MEMBERS OF CONGRESS; THE STATE OF TENNESSEE; AMERICA'S
FUTURE; CITIZENS UNITED; CONSERVATIVE LEGAL DEFENSE AND

EDUCATION FUND; GUN OWNERS FOUNDATION; IMMIGRATION REFORM LAW INSTITUTE; GUN OWNERS OF AMERICA, INC.; FORMER NATIONAL SECURITY OFFICIAL JOSHUA STEINMAN; LEADERSHIP INSTITUTE; U.S. CONSTITUTIONAL RIGHTS AND LEGAL DEFENSE FUND

Amici Supporting Appellants

IMMIGRATION LAW SCHOLAR KRISTIN COLLINS; IMMIGRATION LAW SCHOLAR GERALD NEUMAN; IMMIGRATION LAW SCHOLAR RACHEL ROSENBLOOM; FRED T. KOREMATSU CENTER FOR LAW & EQUALITY; ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND; CENTER FOR CIVIL RIGHTS AND CRITICAL JUSTICE; 84 ADDITIONAL NONPROFIT AND GRASSROOTS ORGANIZATIONS AND RACE AND LAW CENTERS; NATIONAL ASIAN PACIFIC AMERICAN BAR ASSOCIATION, ET AL.; FREE SPEECH FOR PEOPLE; TAHIRIH JUSTICE CENTER; HARBORCOV; ASISTA; 31 ADDITIONAL NON-PROFIT ORGANIZATIONS SERVING IMMIGRANT SURVIVORS OF DOMESTIC VIOLENCE, SEXUAL ASSAULT, AND HUMAN TRAFFICKING; SCHOLARS OF CONSTITUTIONAL LAW AND IMMIGRATION; SECURE FAMILIES INITIATIVE

Amici Supporting Appellees

_____

O R D E R

_____

Secure Families Initiative has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk