**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1153,   <u>CASA, Inc. v. Donald Trump</u>
              8:25-cv-00201-DLB

TO:    Asylum Seeker Advocacy Project, Inc.
       Maribel
       Donald J. Trump
       Secretary of the United States Department of Homeland Security
       Liza
       Monica
       Director of United States Citizenship and Immigration Services
       Secretary of the United States Department of State
       United States of America
       CASA, Inc.
       Attorney General of the United States
       Commissioner of Social Security Administration
       Trinidad  Garcia
       Juana

RESPONSE DUE: 06/16/2025

Response is required to the motion to file amicus brief on or before 06/16/2025.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Emily Borneisen, Deputy Clerk
804-916-2704