June 9, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No. 25-1153,   CASA, Inc. v. Donald Trump
                8:25-cv-00201-DLB

TO:     Asylum Seeker Advocacy Project, Inc.
        Adam Rothman
        Gun Owners of America, Incorporated
        Monica
        Originalist Scholars
        United States Department of State
        Attorney General of the United States
        Commissioner of Social Security Administration
        Leadership Institute
        Fred T. Korematsu Center for Law & Equality
        Gun Owners Foundation
        Kristin Collins
        Center for Civil Rights and Critical Justice
        Juana
        League of Women Voters
        Conservative Legal Defense and Education Fund
        Maribel
        Gabriel J. Chin
        United States Citizenship and Immigration Services
        Rachel E. Rosenbloom
        Tahirih Justice Center
        31 Additional Non-Profit Organizations Serving Immigrant Survivors of Domestic Violence, Sexual Assault, and Human Trafficking
        Trinidad Garcia
        National Association for the Advancement of Colored People
        Gerald L. Neuman
        Human Rights First

Women's Refugee Commission
Secure Families Initiative
Equal Justice Society
Local Governments and Local Government Officials
Members of Congress
ASISTA
Scholars of Constitutional Law and Immigration
America's Future
State of Tennessee
United Stateless
National Asian Pacific American Bar Association
United States of America
Paul Finkelman
Free Speech For People
Asian American Legal Defense and Education Fund
Members of the U.S. Congress
Citizens United
Donald J. Trump
United States Department of Homeland Security
Erika Lee
U. S. Constitutional Rights Legal Defense Fund
84 Additional Nonprofit and Grassroots Organizations and Race and Law Centers
Liza
CASA, Inc.
HarborCOV
Immigration Reform Law Institute
Joshua Steinman

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704