UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 25-1153, CASA, Inc. v. Donald Trump

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Supreme Court of the United States: 24A884, 24A885, 24A886.
>
> These applications for a partial stay of injunctions arise out of this appeal and two other pending appeals in the First Circuit and the Ninth Circuit in which the district courts entered nationwide injunctions enjoining the enforcement of Executive Order 14160. The applications ask the Supreme Court to narrow the scope of the injunctions to only the plaintiffs in the cases.

Signature: /s/ Brianne J. Gorod            Counsel for: Scholars of Constitutional Law ar

Date: 6/10/25

**File using event: RESPONSE/ANSWER (to Similar Case notice)**