# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 13, 2025

_____

RULE 46 OVERDUE RESPONSE

_____

No. 25-1153,   <u>CASA, Inc. v. Donald Trump</u>
                 8:25-cv-00201-DLB

TO:
    Anna Marks Baldwin
    Owen Richard Wolfe
    James Matthew Rice
    Hassan Minhaj Ahmad
    R. Trent McCotter

RESPONSE/ANSWER DUE: June 16, 2025

The court previously directed that you file a response indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Emily Borneisen, Deputy Clerk
804-916-2704