# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 17, 2025

_____

## RULE 46 ADDITIONAL COPIES
_____

No. 25-1153,  <u>CASA, Inc. v. Donald Trump</u>
8:25-cv-00201-DLB

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 06/20/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | 3 | Appellants |
| Joint Appendix | 3 | Appellants |
| Amicus Brief on Motion filed 02/19/2025 and 2/21/2025 | 4 | Members of Congress, State of Tennessee, America's Future, Citizens United, Conservative Legal Defense and Education Fund, Gun Owners Foundation, Gun Owners of America, Inc., Leadership Institute and U.S. Constitutional Rights Legal Defense Fund. |
| Amicus Brief | 3 | Immigration Reform Law Institute |
| Amicus Brief | 3 | Former National Security Official Joshua Steinman |
| Amicus Brief | 4 | National Asian Pacific American Bar Association, et al. |

| Amicus Brief | 4 | Free Speech for People |
| Amicus Brief | 4 | Human Rights First, United Stateless, Women's Refugee Commission |
| Amicus Brief | 4 | National Association for the Advancement of Colored People, The League of Women Voters, The Equal Justice Society |
| Amicus Brief | 4 | Professor Adam Rothman |

/s/ NWAMAKA ANOWI, CLERK