IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CASA, INC., et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants-Appellants. | No. 25-1153 |

**JOINT UPDATE ON SUPREME COURT DECISION
IN *TRUMP v. CASA, INC.***

On June 27, 2025, the Supreme Court partially granted a stay of the preliminary injunction under review in this appeal. *Trump v. CASA, Inc.*, 606 U.S. ___ (2025). The parties jointly write to update the Court on the current status of the litigation, and to request that this Court comply with the Supreme Court's order to "move expeditiously to ensure" the injunction "comport[s] with" the Supreme Court's order by promptly resolving this appeal after the September oral argument, without further briefing on the stay.

1. The Supreme Court granted the government's "application to partially stay the preliminary injunctio[n] … to the extent that the

injunctio[n] [is] broader than necessary to provide complete relief to each plaintiff." Slip Op. 26.  The Supreme Court instructed that "lower courts shall move expeditiously to ensure that, with respect to each plaintiff, the injunctions comport with this rule and otherwise comply with principles of equity."  *Id.*  "The injunctions are also stayed to the extent that they prohibit executive agencies from developing and issuing public guidance about the Executive's plans to implement the Executive Order."  *Id.*  The Supreme Court directed that "§ 2 of the Executive Order shall not take effect until 30 days after the date of" the Supreme Court's opinion. *Id.*

2.  The parties understand the Supreme Court to have stayed the preliminary injunction as to individuals who are neither plaintiffs nor members of one of the plaintiff organizations.  The Supreme Court did not address the parties' remaining arguments regarding the scope of relief.  *See id.* at 2 n.2.

3.  Because the appellants' reply brief will be filed today and oral argument is scheduled for early September, the parties request that this Court resolve the remaining issues in a merits opinion after oral argument as opposed to additional proceedings in this stay posture.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>  *Assistant Attorney General*<br><br>ERIC D. MCARTHUR<br>  *Deputy Assistant Attorney General*<br><br>MARK R. FREEMAN<br>SHARON SWINGLE<br>BRAD HINSHELWOOD<br><br> *s/ Derek Weiss*<br>Derek Weiss<br>(202) 616-5365<br>  *Attorneys, Appellate Staff*<br>  *Civil Division*<br>  *U.S. Department of Justice*<br>  *950 Pennsylvania Ave., NW*<br>  *Room 7230*<br>  *Washington, DC 20530* | */s/ William Powell*<br>William Powell<br>Mary B. McCord<br>Kelsi Brown Corkran<br>Rupa Bhattacharyya<br>Joseph W. Mead<br>Alexandra Lichtenstein<br>Gregory Briker<br>INSTITUTE FOR CONSTITUTIONAL<br>ADVOCACY AND PROTECTION<br>GEORGETOWN LAW<br>600 New Jersey Ave. NW<br>Washington, D.C. 20001<br>Phone: (202) 661-6629<br>Fax: (202) 661-6730<br>whp25@georgetown.edu<br><br>Conchita Cruz<br>Jessica Hanson<br>Zachary Manfredi<br>Dorothy Tegeler<br>Leidy Perez<br>ASYLUM SEEKER ADVOCACY<br>PROJECT<br>228 Park Ave. S., #84810<br>New York, NY 10003<br>(646) 600-9910<br>conchita.cruz@asylumadvocacy.org |

JULY 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 310 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*
Derek Weiss