# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1153,   CASA, Inc. v. Donald Trump
               8:25-cv-00201-DLB

TO:   United States of America
      Attorney General of the United States
      Commissioner of Social Security Administration
      Donald J. Trump
      Secretary of the United States Department of Homeland Security
      Director of United States Citizenship and Immigration Services
      Secretary of the United States Department of State

RESPONSE DUE: 07/24/2025

Response is required to the notice of indicative ruling and motion for limited remand on or before 07/24/2025.

Emily Borneisen, Deputy Clerk
804-916-2702