July 25, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1153,   <u>CASA, Inc. v. Donald Trump</u>
                8:25-cv-00201-DLB

TO:
- United States of America
- Attorney General of the United States
- Commissioner of Social Security Administration
- Donald J. Trump
- United States Department of Homeland Security
- United States Citizenship and Immigration Services
- United States Department of State

FILING CORRECTION DUE:  July 25, 2025 by noon

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using



.

Emily Borneisen, Deputy Clerk
804-916-2702