*Institute for*
Constitutional Advocacy and Protection

GEORGETOWN LAW

Hon. Nwamaka Anowi  July 25, 2025
Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *CASA, Inc., v. Trump*, No. 25-1153

Dear Clerk Anowi:

Plaintiffs respectfully draw the Court's attention to the Ninth Circuit's recent decision in *Washington v. Trump*, Case No. 25-807, --- F.4th ---, 2025 WL 2061447 (July 23, 2025), which involves a similar challenge to the lawfulness of Executive Order No. 14,160.

Rejecting arguments similar to those raised by Defendants-Appellants in this case, the Ninth Circuit held that the Executive Order violates the Citizenship Clause of the Fourteenth Amendment and 8 U.S.C. § 1401(a). In concluding that the Citizenship Clause forecloses the government's "novel interpretation of the phrase 'subject to the jurisdiction thereof,'" *id.* at *7, the court relied on the ordinary meaning of constitutional text, binding Supreme Court precedent, historical context, drafting history, public understanding, and longstanding Executive Branch practice—all of which weighed against the government's interpretation, *id.* at *7-*14. Similarly, the court concluded that the Executive Order conflicts with the Immigration and Nationality Act, 8 U.S.C. § 1401(a), which codified into statute the Citizenship Clause's "well-settled meaning." *Id.* at *14. The court thus determined that the challengers to the Executive Order are likely to prevail on the merits. *Id.* The court's decision on the merits is consistent with that of every other court to have considered the legality of the Executive Order.

The court further held that the equitable factors favored a preliminary injunction, *id.* at *15-*16, and that a universal injunction was necessary to provide complete relief to the plaintiffs in that case, *id.* at *16-*17.

    Respectfully submitted,

    */s/ William Powell*
    William Powell
    *Counsel for Appellees*

CC:    All counsel of record (via CM/ECF)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies with the word limit in Federal Rule of Appellate Procedure 28(j) because it contains 245 words.

/s/ *William Powell*
William Powell

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2025, this letter was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William Powell*
William Powell