# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 25, 2025

_____

AMENDED RESPONSE REQUESTED
_____

No. 25-1153, <u>CASA, Inc. v. Donald Trump</u>
8:25-cv-00201-DLB

TO: CASA, Inc.
Trinidad Garcia
Asylum Seeker Advocacy Project, Inc.
Maribel
Juana
Liza
Monica

RESPONSE DUE: 07/28/2025 by noon

A reply is required to the government's opposition to motion for limited remand **and** a response is required to the cross-motion to hold motion in abeyance on before 07/28/2025 by noon.

Emily Borneisen, Deputy Clerk
804-916-2702