**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| CASA, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-1153 |

## JOINT MOTION FOR RECONSIDERATION

On June 27, 2025, the Supreme Court partially granted a stay of the universal preliminary injunction under review in this appeal. *Trump v. CASA, Inc.*, 606 U.S. ___ (2025). On July 29, 2025, this Court dismissed the appeal but withheld the mandate and did not vacate the injunction.

The parties jointly move for reconsideration. The parties raise three concerns about the dismissal order. *First*, the mandate currently would not issue for 52 days, delaying district court action. *Second*, Supreme Court stays generally dissolve on the disposition of the pending appeal if certiorari is not sought; the dismissal of the appeal while not vacating the injunction arguably will result in the stayed portions of the universal

injunction springing back into effect if the government does not seek certiorari of the dismissal order. *Third*, if the original injunction is not vacated, any future appeal of that injunction by the government may be untimely.

In light of the parties' concerns, they jointly propose that the Court: (1) vacate its order dismissing the appeal, (2) retain jurisdiction while granting an immediate limited remand, instructing the district court to vacate the original injunction when it issues a new injunction, and (3) order the parties to inform the Clerk's Office when the original injunction is vacated, at which time this pending appeal shall be dismissed as moot.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

*s/ Derek Weiss*
Derek Weiss
(202) 616-5365
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Room 7230*
*Washington, DC 20530*

*/s/ William Powell*
William Powell
Mary B. McCord
Rupa Bhattacharyya
Joseph W. Mead
Alexandra Lichtenstein
Gregory Briker
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 661-6629
Fax: (202) 661-6730
whp25@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
jm3468@georgetown.edu
arl48@georgetown.edu
gb954@georgetown.edu

Ama S. Frimpong
CASA, INC.
8151 15th Avenue
Hyattsville, MD 20783
(240) 485-8844
afrimpong@wearecasa.org

*Additional counsel on following page*

Conchita Cruz
Jessica Hanson
Zachary Manfredi
Dorothy Tegeler
Leidy Perez
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003
(646) 600-9910
conchita.cruz@asylumadvocacy.org
jessica.hanson@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dorothy.tegeler@asylumadvocacy.org
leidy.perez@asylumadvocacy.org

JULY 2025

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 225 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*
Derek Weiss